35 NEW–YORK PRACTICE REPORTS.

McDonald agt. The Bank for Savings in the City of New-York.

SARAH McDONALD agt. THE BANK FOR SAVINGS in the city of New-York.

A poor person, as such, cannot bring a writ of error. The statute authorizing poor persons to sue, etc., does not extend to bringing writs of error.

*December Term,* 1845.

[*36] MOTION by plaintiff for leave to prosecute a writ of error as a poor *person.

The plaintiff commenced a suit against the defendants in the superior court in the city of New-York, which resulted in a nonsuit. A bill of exceptions was made and settled on the part of the plaintiff. She then presented a petition to this court, for leave to prosecute a writ of error therein as a poor person. The bill of exceptions, and papers on the motion contained the whole case. Defendants' counsel insisted that it did not appear from the papers that there was any error, and, therefore, the motion should be denied; and secondly, this court could not do away with the requirements of the statute in bringing writs of error, where it prescribed that security should be given, &c.

> H. HARRIS, *plaintiff's counsel.*
> RAYMOND & CLARK, *plaintiff's attorneys.*
> M. T. REYNOLDS, *defendants' counsel.*
> GEORGE B. BUTLER, *defendants' attorney.*

JEWETT, Justice. Denied the motion without costs to either party, for the reason that the statute was express in its provisions in regard to bringing writs of error, which provisions must be complied with. There were no exceptions. The statute authorizing poor persons to sue, &c., did not in his judgment extend to writs of error.